UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:15-cr-00214-RJJ |
| ) | |
| v. ) | Hon. Phillip J. Green |
| ) | |
| CLAUDE RYAN, IV, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER OF BOND REVOCATION AND DETENTION**

The parties appeared before me on February 18, 2016, for a bond revocation hearing. Defendant was represented by retained counsel, John J. Frawley. At the hearing, the court found probable cause that defendant committed a criminal offense while on bond, specifically that he used marijuana. Further, defendant is unlikely to abide by any condition or combination of conditions of release. Accordingly:

**IT IS ORDERED** that defendant's bond is revoked pursuant to 18 U.S.C. § 3148, and defendant is ordered detained pending further proceedings in this matter. Defendant is committed to the custody of the Attorney General until further order of the court.

Date: February 19, 2016    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge